**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **DENNIS ZOBEL** )<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**LIBERTY MUTUAL PERSONAL** )<br>**INSURANCE COMPANY, SAFECO** )<br>**INSURANCE COMPANY OF INDIANA,** )<br>**NICHOLAS GONZALEZ, SARA** )<br>**GONZALEZ,** )<br>**Defendants.** ) | **Civil Action No. SA-23-CV-00650-XR** |

**ORDER ON PLAINTIFF'S MOTION TO REMAND**

On this day came before the court to be heard Plaintiff, Dennis Zobel's Motion to Remand. After considering this Motion to Remand, the response, and the Notice of Removal, the Court finds that the Motion to Remand should be GRANTED.

The Court REMANDS this case to the 198th Judicial District Court, Bandera County, Texas under case number CVOR-23-0000123

SIGNED this _____ day of _____, 2023.

_____
**XAVIER RODRIGUEZ**
**UNITED STATES DISTRICT JUDGE**