**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| DENNIS ZOBEL, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. SA-23-CV-00650-XR |
| | § | |
| LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF INDIANA, NICHOLAS GONZALEZ, SARA GONZALEZ, | § § § § § | |
| *Defendants.* | § | |

**ORDER SETTING STATUS CONFERENCE**
**AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is set for an in-person status conference and hearing on all pending motions, if any, on **Tuesday, August 01, 2023** at **10:30 am** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** June 26, 2023.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE